AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
MAR 11 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

United States of America )
v. )
Charles Edward Dodson ) Case No: 7:94CR40106-007
) USM No: 04914-084
Date of Previous Judgment: March 30, 1998 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:        43              Amended Offense Level:        41
Criminal History Category:     II              Criminal History Category:    II
Previous Guideline Range:   LIFE to LIFE months    Amended Guideline Range:  360 to LIFE months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):

  The original imprisonment term of 360 months already represented a departure from the original Guidelines range (whcih was "LIFE") because the custody range actually increased after a count charged under 18 U.S.C. 924(c) was vacated on remand. Because the bottom of the new, recalculated Guidelines range is 360 months, no change is necessary in this case.

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated  Mar. 30, 1998  shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 3|11|08

Judge's signature

Effective Date: March 3, 2008          Senior United States District Judge Jackson L. Kiser
(if different from order date)                Printed name and title